COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       In re Alliance Machine & Specialties, Inc.

Appellate case number:    01-21-00022-CV

Trial court case number:  2019-79056

Trial court:                        234th District Court of Harris County

Relator, Alliance Machine & Specialties,Inc. has filed a petition for writ of mandamus in this Court, challenging the November 5, 2020 order denying relator's motion to disqualify attorney Muhammad Aziz and other plaintiffs' co-counsel, subject to its motion to transfer venue. The November 5, 2020 order was signed by the Honorable Donna Roth, who was presiding in the 234th District Court of Harris County, Texas while the Honorable Lauren Reeder was on maternity leave.

This original proceeding for petition of writ of mandamus is abated and remanded to the trial court to allow Judge Reeder to reconsider the ruling made the basis of relator's petition. *See In re Alsenz*, 152 S.W.3d 617, 623 (Tex. App.—[1st District] 2004, orig. proceeding) ("Mandamus should not lie . . . against a trial judge that has not had an opportunity . . . to grant the relief requested by the petition."); *In re Blevins,* 480 S.W.3d 542, 543-44 (Tex. 2013); *see also* TEX. R. APP. P. 7.2(b).

Within thirty days of the date of this order, the parties are directed to notify the Clerk of this Court of any action taken on reconsideration of the rulings made the basis of relator's petition and file any orders regarding reconsideration of those rulings in a supplemental mandamus record. The Court will then consider a motion to reinstate or motion to dismiss this proceeding, as appropriate.

This original proceeding is **abated**, treated as a closed case, and removed from this Court's active docket.

Relator also has filed an emergency motion to stay the underlying trial court proceedings during the pendency of the mandamus proceeding. Relator's motion to stay is dismissed as moot.

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                          Acting individually


Date:  January 26, 2021